1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | NATALIE LEE (CABN 277362)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7301

7 | FAX: (415) 436-6982
Natalie.Lee2@usdoj.gov

8

Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 13-0186 CRB |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) |
| ANGEL AMEZCUA-CASILLAS, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: October 8, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/

J. DOUGLAS WILSON
Chief, Criminal Division

NOTICE OF DISMISSAL (CR-13-00186 CRB)

1 | Leave is granted to the government to dismiss the indictment.

2

3 | Date:  October 9, 2013

                                                                    _____
                                                                    HONORABLE CHARLES R. BREYER
                                                                    United States District Judge

NOTICE OF DISMISSAL (CR-13-00186 CRB)